NICOLE T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
LARA A. BRADT, CSBN 289036
     Special Assistant United States Attorney
     Social Security Administration, Region IX
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8921
     Facsimile: (415) 744-0134
     E-mail: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA ORELLANA BAIRES, | ) | No. 2:17-CV-06753-AGR |
| | ) | |
| Plaintiff, | ) | **JUDGMENT FOR REMAND** |
| | ) | **PURSUANT TO SENTENCE** |
| v. | ) | **FOUR OF 42 U.S.C. § 405(g)** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

-1-

1　　　The Court, having approved the parties' Stipulation to Voluntary Remand

2　Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS

3　HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned

4　action is remanded to the Commissioner of Social Security for further proceedings

5　consistent with the Stipulation to Remand.

6

7

8　Date:　June 27, 2018　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

9　　　　　　　　　　　　　　　HON. ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28